UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Maria Gongora, | : | Case No. 5:18-03534 |
| | : | |
| Debtor. | : | Chapter 7 |

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**

NOTICE IS HEREBY GIVEN that Robert P. Sheils, Jr., Esquire, Trustee, ("Trustee"), has filed an Application to Retain BK Global Real Estate Services. A true and correct copy of the Agreement is enclosed with this Notice.

Objections to the above Application must be in writing and filed with the Clerk of the United States Bankruptcy Court, 197 S. Main Street, Wilkes-Barre, PA, within twenty-one (21) days of the date of this Notice (Objection date May 7, 2019) with a copy served on the Trustee at the address below. Any filing must conform to the Rules of Bankruptcy Procedure, unless the Court determines otherwise. If objections to the Application are filed, a hearing will be held on the Application and Objections in Court Room #2, Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes-Barre, Pennsylvania. If no objections are filed, an appropriate Order may be entered.


Dated: April 23, 2019

/s/ Jill M. Spott, Esquire
Attorney for Trustee
108 North Abington Road
Clarks Summit, PA 18411
Phone: 570-587-2600
FAX: 570-585-0313