UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

In Re: )
) Case No. 18-03534
Maria Gongora, )
)
Debtor(s). )

ORDER AUTHORIZING EMPLOYMENT OF BK GLOBAL REAL ESTATE SERVICES NUNC PRO TUNC TO APRIL 09, 2019 PURSUANT TO 11 U.S.C. § 327

THIS MATTER came before the court, pursuant to the Trustee's Application to Employ BK Global Real Estate Services pursuant to 11 U.S.C. § 327 . The Court, having reviewed the Application to Retain BK Global Real Estate Services, showing that BK Global holds no interest adverse to the estate and is a disinterested party as required by 11 U.S.C. §327(a), and having determined that the employment of a real estate broker and agent is necessary and in the best interest of the estate, does hereby

ORDER AND DECREE that:

1. The Trustee is authorized to employ BK Global Real Estate Services, as a real estate broker and agent of the estate for the purpose of marketing and selling the real property located at:

   110 RIVERFRONT TER POCONO LAKE, PA 18347;

2. The employment is effective as of application; and

3. Compensation to BK Global Real Estate Services shall be paid and expenses reimbursed as awarded by the Court upon proper application or in conjunction with an Order entered by the Court approving the sale of the real property at issue.

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Dated: May 16, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (RB)